

# THE THIRTEENTH COURT OF APPEALS

13-17-00518-CV

Alvin King, Jr.
v.
GAFP, LLC, et al.

On appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Cause No. 2017-CCV-61314-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed with prejudice. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

January 11, 2018